*Franklin Whiting* v. *John Semler et al.* H. H. Burlock, for complainant; Harris Wilson, for defendants.

Decree appealed from reversed with costs, and a decree directed to be entered declaring the bill of sale and the deeds from Semler to Newman fraudulent and void as against the complainant ; and decreeing payment of the complainant's debt, with interest and costs, out of the surplus proceeds of the premises, which have been paid into court ; with liberty to complainant to apply for further directions, if necessary.

*Robert Cole* v. *John Hallenback et al.* S. Strong, for complainant ; E. Dana, for defendant Hallenback.

Decree of the vice chancellor affirmed, without costs to either party ; and proceedings remitted.